No. 257. PERRY *v.* CAPITAL TRACTION Co.; and

No. 258. SAME *v.* SAME. October 21, 1929. Petition for writs of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Hyman M. Goldstein* for petitioner. *Messrs. Frank J. Hogan* and *Edmund L. Jones* for respondent.

No. 259. MATTHIESSEN *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Court of Claims denied. *Messrs. M. F. Gallagher* and *Samuel M. Rinaker* for petitioner. *Solicitor General Hughes, Assistant Attorney General Galloway,* and *Mr. Fred Dyar* for the United States.

No. 260. SOUTHERN SURETY Co. ET AL. *v.* COMMERCIAL CASUALTY INS. Co. ET AL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. James L. Parrish* and *Donald Thompson* for petitioners. *Mr. John M. Freeman* for respondents.

No. 262. OSAGE COUNTY MOTOR Co. *v.* UNITED STATES. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Charles B. Wilson, Jr.,* for petitioner. *Solicitor General Hughes* and *Messrs. Seth W. Richardson, Claude R. Branch,* and *Pedro Capo-Rodriguez* for the United States.

No. 263. EMMONS COAL MINING CORP'N ET AL. *v.* SIR R. ROPNER & Co., LTD. October 21, 1929. Petition for writ